USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
MICHAEL F. GOLDEN,                        :
                          Plaintiff,      :
                                          :    08 Civ. 1513 (DLC)
            -v-                           :
                                          :    ORDER
NEW YORK CITY DEPARTMENT OF               :
ENVIRONMENTAL PROTECTION,                 :
                          Defendant.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

The above-referenced case has been assigned to this Court. The complaint was filed with the Court on February 13, 2008, but our files reflect that the complaint was never served on the defendant. It is hereby

ORDERED that the plaintiff communicate with the Court, in writing, as to why plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if the plaintiff believes that the defendant has been served, when and in what manner such service was made.

IT IS FURTHER ORDERED that if we do not receive any communication from the plaintiff by July 16, showing good cause why such service was not made within the 120 days, the Court will dismiss the case.

In addition, in the event that the plaintiff's address changes, please be sure to inform the Court of the new address. Failure to do so may result in dismissal of the plaintiff's lawsuit.

SO ORDERED:

Dated:   New York, New York
         June 16, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Michael Golden
40 Michigan Avenue
Massapequa, NY 11758

**PLEASE IMMEDIATELY SEND COPIES TO DEFENDANT OR COUNSEL**