UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MICHAEL F. GOLDEN,

                              Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION,

                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 Civ. 1513 (DLC)

      **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendant NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION in the above-referenced action.

      Assistant Corporation Counsels Ivan A. Mendez, Jonathan Michael Bardavid, Joshua Robert Fay, and Rippi Gill are no longer assigned to this matter. Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Ivan A. Mendez, Jonathan Michael Bardavid, Joshua Robert Fay, and Rippi Gill's names be removed as Lead Counsels on the Docket Sheet.

-2-

      Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me.

Dated:     New York, New York
              June 24, 2008

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel of the
                                  City of New York
                                  Attorney for Defendant
                                  100 Church Street, Room 2-125
                                  New York, N.Y. 10007
                                  (212) 788-0960
                                  cheer@law.nyc.gov

                         By: _____
                                  Christopher L. Heer (CH 1086)
                                  Assistant Corporation Counsel

To:     Michael F. Golden
        Plaintiff *Pro Se*
        40 Michigan Avenue
        Massapequa, New York 11758

08 Civ. 1513 (DLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL F. GOLDEN,

                                  Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION,

                                  Defendant.

## NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-125*
*New York, New York 10007-2601*

*Of Counsel: Christopher L. Heer*
*Tel.: 212-788-0960*
*NYCLIS No.: 2008-022354*

*Due and timely service is hereby admitted.*

New York, N.Y. ........................................, 2008.

........................................................... *Esq.*

Attorney for...............