```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
MICHAEL F. GOLDEN,                    :
                       Plaintiff,     :
                                      :   08 Civ. 1513 (DLC)
            -v-                       :
                                      :        ORDER
NEW YORK CITY DEPARTMENT OF           :
ENVIRONMENTAL PROTECTION,             :
                       Defendant.     :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

    On July 2, 2008, the defendant filed a motion to dismiss. It is hereby

    ORDERED that the plaintiff's opposition to the motion to dismiss is due on or before **August 15, 2008**. Any reply is due on or before **August 29, 2008**.

    IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment

by default, or such other action as may be just under the circumstances.

    SO ORDERED:

Dated:   New York, New York
          July 2, 2008

                                  DENISE COTE
                        United States District Judge

COPIES SENT TO:

Michael Golden
40 Michigan Avenue
Massapequa, NY 11758

Christopher Lee Heer
NYC Law Department
100 Church Street
New York, NY 10007